1  ADAM PAUL LAXALT
   Nevada Attorney General
2  GERRI LYNN HARDCASTLE
   Deputy Attorney General
3  Nevada Bar No. 13142
   Bureau of Litigation
4  Public Safety Division
   100 North Carson Street
5  Carson City, NV  89701-4717
   Tel: 775-684-1134
6  Email: ghardcastle@ag.nv.gov

7  *Attorneys for Defendants*
   *Romeo Aranas, Robert Bannister,*
8  *James Cox, Pamela Del Porto,*
   *William Donnelly, Timothy Filson,*
9  *Ted Hanf, E.K. McDaniel, Dwight Neven,*
   *and Charles Schardin*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JIM BASS HOLDEN,<br><br>               Plaintiff,<br><br>v.<br><br>STATE OF NEVADA EX REL NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>               Defendants. | Case No.  3:16-cv-00064-MMD-WGC<br><br>**STIPULATION AND ORDER FOR ENLARGEMENT OF TIME FOR DEFENDANTS' RESPONSES TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND AMENDED MOTION FOR LEAVE** |

Plaintiff, Jim Bass Holden ("Plaintiff"), by and through Travis N. Barrick, Esq., of Gallian, Welker & Beckstrom, LC, and Defendants, Romeo Aranas, Robert Bannister, James Cox, Pamela Del Porto, William Donnelly, Timothy Filson, Ted Hanf, E.K. McDaniel, Dwight Neven, and Charles Schardin ("Defendants"), by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Gerri Lynn Hardcastle, Deputy Attorney General, hereby stipulate and agree to enlarge the time for Defendants to respond to Plaintiff's Motion for Partial Summary Judgment (ECF No. 32) and Plaintiff's Amended Motion for Leave to File Second Amended Complaint (ECF No. 37).

/ / /

/ / /

/ / /

The parties further stipulate that Defendants' responses will be due up to and including Monday, May 8, 2017.

DATED this 17th day of April, 2017.           DATED this 17th day of April, 2017.

GALLIAN, WELKER & BECKSTROM          ADAM PAUL LAXALT
                                      Attorney General


By: /s/ Travis N. Barrick             By: _____
    TRAVIS N. BARRICK, ESQ.               GERRI LYNN HARDCASTLE
    Nevada Bar No. 9257                   Deputy Attorney General
    540 E. St. Louis Avenue               Bureau of Litigation
    Las Vegas, Nevada 89104               100 North Carson Street
    Tel: (702) 892-3500                   Carson City, Nevada 89701-4717
    Fax: (702) 386-1946                   Tel: (775) 684-1134
    Email: tbarrick@vegascase.com         Email: ghardcastle@ag.nv.gov

*Attorneys for Plaintiff*              *Attorneys for Defendants*


IT IS SO ORDERED.

DATED this __17th__ day of April, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

Office of the
Attorney General
100 N. Carson St.
Carson City, NV
89701-4717