ADAM PAUL LAXALT
  Attorney General
GERRI LYNN HARDCASTLE, Bar No. 13142
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV  89701-4717
Tel: 775-684-1134
Email: ghardcastle@ag.nv.gov

*Attorneys for Defendants*
*Romeo Aranas, Isidro Baca, James Cox,*
*Timothy Filson, Jerry Howell, Adam Laxalt,*
*E.K. McDaniel, Jennifer Nash, Dwight Neven,*
*Brian Sandoval and Harold Wickham*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| JIM BASS HOLDEN, | Case No.  3:16-cv-00064-MMD-WGC |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND DEADLINE FOR DISPOSITIVE MOTIONS** |
| STATE OF NEVADA EX REL NEVADA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

Plaintiff Jim Bass Holden, by and through counsel, Travis N. Barrick, Esq., and Defendants, Romeo Aranas, Isidro Baca, James Cox, Timothy Filson, Jerry Howell, Adam Laxalt, E.K. McDaniel, Jennifer Nash, Dwight Neven, Brian Sandoval and Harold Wickham (Defendants), by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Gerri Lynn Hardcastle, Deputy Attorney General, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 6(b)(1), that the deadline for filing dispositive motions in the above-captioned action should be extended by seven (7) days from the current deadline, for a new deadline of Wednesday, February 14, 2018.

/ / /

/ / /

/ / /

1

This Stipulation to Extend Deadline for Dispositive Motions is executed pursuant to the agreement of the parties that additional time is needed for dispositive motions in this matter. Furthermore, parties agree that because of defense counsel's sudden illness, additional time is warranted. Accordingly, the parties assert that the requisite good cause is present to justify extension pursuant to FED. R. CIV. P. 6(b)(1). Therefore, the parties respectfully request that this Court extend the dispositive motions deadline through and until February 14, 2018.

* * *

DATED this 7th day of February, 2018.

DATED this 7th day of February, 2018.

ADAM PAUL LAXALT
Attorney General

By:     /s/ Travis N. Barrick
TRAVIS N. BARRICK, ESQ.
Gallian Welker
& Beckstrom, LC
*Attorneys for Plaintiff Holden*

By:     _____
GERRI LYNN HARDCASTLE
Deputy Attorney General
Bureau of Litigation
Public Safety Division
*Attorneys for Defendants*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED**: February 8, 2018