Travis N. Barrick, # 9257
GALLIAN WELKER,
& BECKSTROM, LC
540 E. St. Louis Avenue
Las Vegas, Nevada 89104
Telephone: (702) 892-3500
Facsimile: (702) 386-1946
tbarrick@vegascase.com
*Attorneys for Plaintiff Jim Holden*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JIM BASS HOLDEN,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, ex rel., NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>Defendants. | Case No.: 3:16-cv-00064-MMD-WGC<br><br>**STIPULATION AND ORDERR FOR EXTENSION OF TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br>(FIRST REQUEST)** |

Plaintiff, Jim Holden ("Mr. Holden"), through his attorneys of the law firm of GALLIAN WELKER & BECKSTROM, LC, and Defendants, through their attorneys of the OFFICE OF ATTORNEY GENERAL, hereby submit this Stipulation to extend the time for Mr. Holden to file his Response to Defendants' Motion for Summary Judgment (ECF No. 78), which is currently due on March 14, 2018. This 2-week extension is requested so that Mr. Barrick may effectively communicate with Mr. Holden by mail regarding the contents and bases for his Response.

| | |
|---|---|
| DATED this 9th day of March 2018.<br><br>By: __/s/ Travis N. Barrick__<br>Travis N. Barrick, # 9257<br>GALLIAN WELKER<br>& BECKSTROM, LC<br>*Attorneys for Plaintiff Holden* | DATED this 9th day of March 2018.<br><br>By: /s/ Gerri Lynn Hardcastle<br>Gerri Lynn Hardcastle, Esq.<br>Nevada Office of Attorney General<br>*Attorneys for the Defendants* |

- 1 -

Case No.: 3:16-cv-00064-MMD-WGC

**It is hereby ordered** that Mr. Holden shall have until March 28, 2018 to file his Response to Defendants' Motion for Summary Judgment.

Dated this 12th day of March 2018.

*William G. Cobb*
_____
UNITED STATES MAGISTRATE JUDGE