AARON D. FORD
  Attorney General
GERRI LYNN HARDCASTLE, Bar No. 13142
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV  89701-4717
Tel: 775-684-1134
Email: ghardcastle@ag.nv.gov

*Attorneys for Defendants*
*Romeo Aranas, Isidro Baca, Robert Bannister,*
*James Cox, Pamela Del Porto,*
*William Donnelly, Timothy Filson,*
*Ted Hanf Jerry Howell, Adam Laxalt, E.K. McDaniel,*
*Dwight Neven, Jennifer Nash, Charles Schardin,*
*Brian Sandoval and Harold Wickham*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JIM BASS HOLDEN,<br><br>                      Plaintiff,<br><br>v.<br><br>STATE OF NEVADA EX REL NEVADA DEPARTMENT OF CORRECTIONS, et al.,<br><br>                      Defendants. | Case No.  3:16-cv-00064-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, Jim Bass Holden, by and through counsel, Travis N. Barrick of Gallian Welker & Beckstrom, LC, and Defendants, Romeo Aranas, Isidro Baca, Robert Bannister, James Cox, Pamela Del Porto, William Donnelly, Timothy Filson, Ted Hanf Jerry Howell, Adam Laxalt, E.K. McDaniel, Dwight Neven, Jennifer Nash, Charles Schardin, Brian Sandoval and Harold Wickham, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Gerri Lynn Hardcastle, Deputy Attorney General, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1), that the above-captioned action should be dismissed with prejudice by order of this Court.

/ / /

/ / /

/ / /

1

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs, except Plaintiff's costs of suit incurred by his attorney that Defendants agreed to pay as outlined in the parties' settlement agreement.

DATED this 12th day of February, 2019.  DATED this 12th day of February, 2019.

GALLIAN, WELKER & BECKSTROM, LC  AARON D. FORD
Attorney General

By: /s/ Travis N. Barrick   By: _____
    TRAVIS N. BARRICK      GERRI LYNN HARDCASTLE
    Nevada Bar No. 9257      Deputy Attorney General
    540 E. St. Louis Ave.      Bureau of Litigation
    Las Vegas, Nevada 89104      Public Safety Division
    *Attorneys for Plaintiff*      *Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
U.S. DISTRICT JUDGE

DATED  February 12, 2019

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 12th day of February, 2019, I caused a copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, to be served, by U.S. District Court CM/ECF Electronic Filing on the following:

TRAVIS N. BARRICK, ESQ.
GALLIAN, WELKER & BECKSTROM, LC
540 E. ST. LOUIS AVE
LAS VEGAS NV 89104
tbarrick@vagascase.com

An employee of the
Office of the Attorney General

3